Marwin Davelle Strong 178371
Full name(s)
Correctional Industrial Facility
5124 West Reformatory Road
Street address or postal box number

Pendleton, Indiana 46064
City, State and zip code

None
Phone Number

SCANNED at CIC and Emailed on
3·17·23 by QC · 91 pages.
(date)  (initials)  (num)

FILED
03/17/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 1:23-cv-00491-JPH-KMB
(To be supplied by the Court)

Marwin Davelle Strong
_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

C.O. Smith, C.O. Taylor,
C.O. Riffle, C.O. Smalley,
C.O. Bowman, C.O. A. Hutchens
C.O. Rainey, Delaware County Jail _____ Defendant(s).
(Enter above the full name of ALL defendants in this action. Do not use "et al".)

## CIVIL RIGHTS COMPLAINT

### I. PARTIES

**1. Plaintiff's Information:**

Name and Prisoner Number of Plaintiff: Marwin D. Strong, 178371

Present Place of Confinement or Mailing Address: Correctional Industrial Facility, 5124 West

Reformatory Road, Pendleton, Indiana 46064

2. **Defendant's Information**: (*NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.*)

**Name of Defendant 1**: C.O. Deputy Smith

Title (If applicable): Deputy correctional officer

Address of Defendant: 3100 S. Tillotson Ave. Suite 150 Muncie, IN 47302

**Name of Defendant 2**: Riddle

Title (If applicable): Deputy correctional officer

Address of Defendant: 3100 S. Tillotson Ave Suite 150 Muncie, IN 47302

**Name of Defendant 3**: Smalley

Title (If applicable): Deputy correctional officer

Address of Defendant: 3100 S. Tillotson Ave. Suite 150 Muncie, INDIANA

**Name of Defendant 4**: Bowman

Title (If applicable): Deputy correctional officer

Address of Defendant: 3100 S. Tillotson Ave., Muncie Suite 150 Indiana

## II. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. (*If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.*)

_____ U.S.C. § _____
_____ U.S.C. § _____

## III. BASIS FOR CLAIMS

Check any Applicable Item(s):

☐ Complaint Under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal defendants)

☐ Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388 (1971)** (federal defendants)

☐ Other (cite statute, if known) _____

## IV. CLAIMS

**BRIEFLY** state the background of your case.

I was being held at the Delaware County Jail and was beaten, threatened, and harassed by the Sherrif Deputy correctional officers. I was falsely Pre charged with battery but charges were not filed 3 of the officers were fired.

**Claim I**: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

On October 9th 2022 I was jumped at the Delaware county jail by officers Smith, Taylor, Smalley, Bowman, Hutchens, and Rainey, Riddle officer Smith told me to cuff up around 7pm I complied the officer then banged my head into the wall (Pod D - cell 4) The officers then beat me for 10 minutes.

**Claim II:** Smallery punched and kicked me in and out of cuffs, Bowman kicked me repeatedly, Riddle twisted my ankle until it snapped, Taylor stomped me, Smith sat on my back, pulled my hair, punched me and banged my head on the floor.

**Claim III:** Hutchens was the OIC who I reported suicidal thoughts to and she came back with the officers, Rainey kicked me after the 10 minute beating. They threatend me as a group and this was reported to Delaware County Sherrif Dept. who took pics of my busted lips a bloody also recorded a video

## V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ☐ Yes ☑ No.

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

b. Name and location of court and docket number N/A

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) N/A

d. Issues raised: N/A

e. Approximate date of filing lawsuit: N/A

f. Approximate date of disposition: N/A

2. I have previously exhausted available administrative remedies regarding the events or acts complained of in Part II of this complaint. ☒Yes ☐No

If your answer is "Yes", briefly describe how relief was sought and the result:

I asked that Delaware County Sherriff's Office (Jail Division) investigate, terminate, and charge the C.O./Deputies involved. I was moved to D.O.C for safety reasons and 3 officers were fired.

## VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28. U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

b. Name and location of court and docket number: N/A

c. Grounds for dismissal:
☐frivolous ☐malicious ☐failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: N/A

e. Approximate date of disposition: N/A

## VII. REQUEST FOR RELIEF

I request the following relief: That Correctional officers Riddle, Bowman, Smalley, Be terminated as well as Rainey, 1.5 million from all Delaware county officers (Defendants) named Smith, Smalley, Riddle, Rainey, Taylor, Bowman, Hutchens Any and all other relief and damages as well as charges pressed.

_____
Original signature of attorney (if any)

M. Strong
**Plaintiff's Original Signature**

Date: 02-20-2023

Marvin Strong
**Plaintiff's Printed Name**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and accurate.**

Executed at CIF, Pendleton, IN on 02-20-23.
              (location)                              (date)

M. Strong
**Plaintiff's Original Signature**

**Plaintiff demands a trial by jury.** ☑ Yes ☐ No